B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Massachusetts

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Volpe Industries, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| 13-4247945 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 309 Taunton Avenue<br>Seekonk, MA    ZIP Code: 02771 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Bristol | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code: | ZIP Code: |

| Location of Principal Assets of Business Debtor (if different from street address above): | 309 Taunton Avenue<br>Seekonk, MA 02771 |
|---|---|

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Volpe Industries, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Volpe Industries, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** /s/ Alexander L. Cataldo
Signature of Attorney for Debtor(s)

Alexander L. Cataldo 548659
Printed Name of Attorney for Debtor(s)

Alexander L. Cataldo, P.C.
Firm Name

894 Main Street
Norwell, MA 02061-2316

Address

            Email: alcpc@verizon.net
781-659-4849  Fax: 781-659-7801
Telephone Number

October 1, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Christopher Volpe
Signature of Authorized Individual

Christopher Volpe
Printed Name of Authorized Individual

President
Title of Authorized Individual

October 1, 2010
Date

```
Anixter Inc.
PO Box 847428
Dallas, TX 75284-7428

Arms Domestic Violence Rape Crisis
P.O. Box 496
Findlay, OH 45839

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bicon Dental Implants
501 Arborway
Jamaica Plain, MA 02130

BISCO Environmental, Inc.
NEEP Systems
135 Robert Treat Paine Drive
Taunton, MA 02780

BMS-CANTAB
5 Reseacrh Parkway
Wallingford, CT 06492

Bristol-Meyers Squibb Haystack 5
Reseacrh Parkway
Wallingford, CT 06492

Chris Volpe
512 Read Street
Seekonk, MA 02771

City of Beloit
555 Willowbrook Road
Beloit, WI 53511

City of Brockton
Council on Aging
10 FR Kenney Way
Brockton, MA 02301

City of Garland
2343 Forest Lane
Garland, TX 75042

City of Lincoln, NE
2400 Theresa Street
Lincoln, NE 68524

City of Wakefield
9 & 11 Albion Street
Wakefield, MA 01880
```

Cohasset  School System
143 Pond Street
Cohasset, MA 02025

Cohasset MA WTP
339 King Street
Cohasset, MA 02025

Comcast
PO Box 1577
Newark, NJ 07101-1577

Computer Concepts
150 Myers Street
Jacksboro, TN

ConocoPhillips Company
1331 Indpendence Ave.
Bryan, TX 77803

Crisa Libbey Mexico, S. de R.L. de
C.V. Doblado Progresso
1627 Norte Monterrey Colonial Terminal
64580
Monteray, N.L..   Mexico

Dean Foods-Garelick Farms
1199 West Central Street
Franklin, MA 02038

Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Dell Financial Services
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

Delta Tech Operations Center
1775 Aviation Blvd.
Atlanta, GA 30320

ESSROC
9680 Old Ridge Road
Ashland, VA 23005

ESSROC
4120 Buckeystown
Frederick, MD 21704

ESSROC-Speed
IN Highway 31
Sellersburg, IN 47172

Fair Acres Geriactric Center
340 N. Middletown Road
Glen Riddle Lima, PA 19037

Fort Collins
215 North Mason
Loveland, CO 80537

Glenn Springs Holdings
5005 LBJ Freeway
Dallas, TX 75244

Goglia Market
374 Wood Street
Bristol, RI 02809

Green Mountain
13919 West Utah Ave
Denver, CO 80228

Huhtamaki Packaging
242 College Ave
Waterville, ME 04901

Iconics, Inc.
100 Foxborough Blvd.
Foxborough, MA 02035

Johns Hopkins Corp. Security
550 N. Broadway, Ste. 102
Baltimore, MD 21205

Kamercia Enterprises
9 Post Office Squaure
Clinton, CT 06413

Kimberly -Clark DE Mexico
S.A.B. DE C.V. Km 21.4 Carretera
Saltillo
 Moneterey, MEXICO, MX 25900

Lockheed-Martin Sippican, Inc.
7 Barnabas Road
Marion, MA 02738

Longmont
350 Kimbark Street
Longmont, CO 80501

Longmont Safety and Justice Center
350 Kimbark Street
Longmont, CO 80501

```
Loudon Water
44771 Louden Water Way
Ashburn, VA 20146

Lowell Regional Water Utility
815 Pawtucket Blvd.
Lowell, MA 01854

Lowell Regional Water Utility
815 Pawtucket Blvd
Lowell, MA 01854

LUH
1950 West Mountain Ave
Longmont, CO 80501

Mattapoisett MA WATER District
875 St ate Road
Westport, MA 02790

MOOG-Videolarm
2525 Park Central Boulevard
Decatur, GA 30035

New Britain Willow Park
27 West Street
New Britain, CT 06051

New Britain, Ct Stanley Golf Course
365 Hartford Road
New Britain, CT 06053

NTMWD
505 E. Brown Street
Wylie, TX 75098

NWNA
400 Killick Pond Road
Hollis Center, ME 04042

Open Arms Domestic Violence and
Rape Crisis Services
P.O. Box 496
Findlay, OH 45839

Plastipak
108 East Longmeadow Drive
East Longmeadow, MA 01028

Poland Spring
400 Killick Pond Road,
Hollis Center
Hollis Center, ME 04042
```

```
Primary Colors, Inc.
9 Millenium Drive
North Grafton, MA 01536

Raynham Liquors
421 State Highway
Raynham, MA 02767

Ridgewood Care Center
3205 Wood ROad
Racine, WI 53406

Rissman Hendricks & Oliverio, LLC
100 Cambridge St.
Suite 2101
Boston, MA 02114

SAC Manufacturing Company
137 Industry Drive
Pittsburgh, PA 15275

Saint-Gobain PPL Corp.
701 Daniel Webster Highway
Merrimack, NH 03054

Salem Metal Fabricators, Inc.
21 Lonergan Rd.
Middleton, MA 01949

Sentry Security
Rancj House #1 N/A
Crystal City, TX 78839

Sentry Security Services
222 North Bedell Ave.
Del Rio, TX 78840

South Portland ME-Long Creek Pumoing
463 West Brook Street
South Portland, ME 04106

STEC
P.O. Box 119
Nursery, TX 77976

Stonewall Kitchen
Stonewall Lane
York, ME 03909

Town of Brewster
165 Commerce Park Drive
Brewster, MA 02631
```

```
Town of Seekonk
871 Taunton Avenue
Seekonk, MA 02771

UCIT Online
6441 Northam Drive
Mississagua, ONT, 00

US Airways Mastercard
PO Box 13337
Philadelphia, PA 19101-3337

Vernell Industries
Rio Orinoco 410-A
Col. Del Valle
San Pedro Garza Garcia N.L.
66220 MEXICO

Volpe Estates, LLC
309 Taunton Avenue
Seekonk, MA 02771

Windham Solid Waste Management
327 Old Ferry Road
Brattleboro, VT 05301

Woodstock Academy
57 Academy Road
Woodstock, CT 06281

Wright Patterson Air Force Base
Findlay, OH
```