**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Massachusetts

In re    Volpe Industries, Inc.                                    Case No.    10-20843-FJB
                                        Debtor(s)          Chapter    7

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE F AND MASTER MATRIX

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,Christopher Volpe, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 19, 2010                    Signature   /s/ Christopher Volpe
                                                       Christopher Volpe
                                                       President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.